

Mary C. Schemery, Esquire
Michael J. Zicolello, Esquire
Kyle W. Rude, Esquire
Joshua J. Cochran, Esquire
Amy R. Boring, Esquire
Sharon E. McLaughlin, Esquire

July 17, 2023

Honorable Matthew W. Brann
United States District Court
Middle District of Pennsylvania
240 West Third Street, Suite 401
Williamsport, PA 17701

    Re:    Brandy S. Cuff v. Commonwealth of Pennsylvania, Dept. of Corrections
            Docket #: 4:21-CV-00068-MWB
            Our File #: 5122-5865

Dear Judge Brann:

    Expert discovery in this matter has concluded in mid-June 2023, I am writing to request a scheduling conference. Plaintiff and Defendant have discussed the matter's trial ready status and the alternative of settlement on several occasions recently and Plaintiff is in favor of scheduling a settlement conference, and notes that a mediation was not held in this matter. Defendant, however, has indicated its intention of filing a motion nunc pro tunc to permit it to file a Motion for Summary Judgment, even though the dispositive motion deadline expired more than five months ago, on February 8, 2023. Should you have any questions or concerns, please don't hesitate to contact me.

                      Cordially,

                      s/Joshua J. Cochran

                      Joshua J. Cochran, Esquire

cc:    Brandy S. Cuff
       Jonathan M. Blake, Esquire

333 Market Street • Williamsport, PA 17701
800-492-7572 • 570-321-7554 • Fax: 570-321-7845